IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICKA NELLON,<br><br>Plaintiff,<br><br>v.<br><br>AGRI BEEF CO. dba SNAKE RIVER FARMS,<br><br>Defendant. | Civil Action No. 1:20-cv-10595 |

## STIPULATION FOR DISMISSAL

Plaintiff, Fredericka Nellon, and Defendant, Agri Beef Co., by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 22, 2020

| | |
|---|---|
| BLOCK & LEVITON LLP | O'HAGAN MEYER LLC |
| By:  */s/ Jason M. Leviton*<br>Jason M. Leviton<br>jason@blockleviton.com<br>260 Franklin Street, Ste 1860<br>Boston, MA 02110 | By:  */s/ Ryan T. Benson*<br>Ryan T. Benson<br>rbenson@ohaganmeyer.com<br>One East Wacker Drive, Ste 3400<br>Chicago, IL 60601 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

-2-

## **CERTIFICATE OF SERVICE**

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 22nd day of September, 2020.

                                                                              */s/ Jason M. Leviton*
                                                                               Jason M. Leviton